

# The Attorney General of Texas

March 6, 1981

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable H. L. Snow
Willacy County Auditor
Courthouse
Raymondville, Texas   78580

Opinion No. MW-297

Re:   Whether the county may pay
employees twice monthly

Dear Mr. Snow:

You have asked the following question:

> Does the Willacy county auditor have the
> authority to pay employees of Willacy County on a
> twice-monthly basis?

No statute directs the frequency at which county employees may be compensated. Article 3912k, V.T.C.S., however, provides in section 1 that:

> the commissioners court of each county shall fix the
> amount of compensation, office expense, travel
> expense, and all other allowances for county and
> precinct officials and employees who are paid wholly
> from county funds. . . .

In our opinion, the exclusive authority vested in the commissioners court to "fix the amount of compensation" implies a concomitant power to fix the frequency of the payment of such compensation.

In Attorney General Opinion C-792 (1966), this office held that the Commissioners Court of Dallas County was empowered to determine whether employees of the county clerk's office could be paid for overtime work or granted compensatory time therefor. In Attorney General Opinion MW-136 (1980), we held that the commissioners court could establish vacation policy as a part of compensation under article 3912k, V.T.C.S. See also Attorney General Opinion H-860 (1976) (sick leave). Thus, since the commissioners court has broad authority to establish the manner of the payment of compensation, we believe that a county is authorized to pay the salaries of its employees on a twice-monthly basis.

## SUMMARY

The commissioners court of a county is authorized to direct the payment of the salaries of county employees on a twice-monthly basis.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Rick Gilpin
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Walter Davis
Rick Gilpin
Bruce Youngblood